

**FILED**

11/12/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0654

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0654

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

JOE NAVA,

    Defendant and Appellant.

**O R D E R**

**FILED**

NOV 1 2 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On November 4, 2024, Joe Nava filed a Notice of Appeal and an Affidavit of Inability to Pay Filing Fees where he hand-wrote that he "[needs] an attorney to help [him] with [his] appeal." We deem his request a motion for appointment of counsel.

This Court received the electronic record on November 6, 2024. On October 7, 2024, the First Judicial District Court, Lewis and Clark County, sentenced Nava to the Montana State Prison for a fifteen-year term for two felony convictions.

Nava has recent convictions and sentences. He may be entitled to appointment of counsel in this appeal. Section 46-8-103(1), MCA. Therefore,

IT IS ORDERED that Nava's Motion for Appointment of Counsel is GRANTED. The Appellate Defender Division shall have thirty days from the date of this Order within which to file either a Notice of Appearance or a Motion to Rescind this Order appointing counsel. The Appellate Defender Division shall order any necessary transcripts.

The Clerk of the Supreme Court is directed to provide a copy of this Order to: the Appellate Defender Division, counsel of record, and Joe Nava personally.

DATED this ⟨12⟩ day of November, 2024.

For the Court,

By _____
        Chief Justice